IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CINDY MUETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:94 cv 1 DRH |
| ) | |
| NORRENBERNS FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Motion for Additional Discovery filed by the plaintiff, Cindy Mueth, on April 28, 2005 (Doc. 35).  The motion is **GRANTED**.

The discovery deadline in this case, originally set for January 4, 2005, is EXTENDED for the limited purpose of conducting the deposition of Donald Norrenberns on the issue of the affirmative defense raised in the defendant's Amended Answer.  The parties shall complete this deposition by May 16, 2005.  The dispositive motion filing deadline, originally set for January 20, 2005, is also EXTENDED for the limited purpose of supplementing the motion for summary judgment and response to include argument regarding the affirmative defense on the sexual harassment claim and the plaintiff's discrimination and retaliation claim.  The parties shall file any such supplemental briefs by May 31, 2005.  The presumptive trial month of May, 2005 is hereby **VACATED**.  A new trial date will be set by the District Court.

**DATED: May 2, 2005.**

        **s/ Donald G. Wilkerson**
        **DONALD G. WILKERSON**
        **United States Magistrate Judge**