UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MUETH,** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )  No.  04-CV-001 DRH |
| | ) |
| **NORRENBERNS,** | ) |
| | ) |
| Defendant(s). | ) |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED:  This  23rd  day of  August , 2005

/s/    David R Herndon
**UNITED STATES DISTRICT JUDGE**